

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

EES Leasing, LLC, and EXLP Leasing, LLC, Appellants

No. 06-20-00025-CV          v.

Shelby County Appraisal District, Appellee

Appeal from the 273rd District Court of Shelby County, Texas (Tr. Ct. No. 14CV32851). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the motion of the appellants to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellants, EES Leasing, LLC, and EXLP Leasing, LLC, pay all costs incurred by reason of this appeal.

RENDERED SEPTEMBER 16, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk